IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KHRISTINE M. FLORAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-523 |
| | ) | |
| DELAWARE PARK, LLC a Delaware | ) | TRIAL BY JURY DEMANDED |
| Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Wendy K. Voss as counsel of record on behalf of Defendant Delaware Park, L.L.C.

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (No. 3142)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6076 (Telephone)
(302) 658-1192 (Facsimile)
wvoss@potteranderson.com (Email)

*Attorneys for Defendant*

Dated: July 27, 2005

PA&C-692258v1

## CERTIFICATE OF SERVICE

I hereby certify this 27th day of July, 2005, that the foregoing **ENTRY OF APPEARANCE** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies mailed via **FIRST CLASS MAIL, POSTAGE PREPAID** on the following:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE  19899

*/s/ Wendy K. Voss*
Wendy K. Voss (No. 3142)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6076 (Telephone)
(302) 658-1192 (Facsimile)
wvoss@potteranderson.com (Email)