IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KHRISTINE M. FLORAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-523 |
| | ) | |
| DELAWARE PARK, LLC a Delaware | ) | TRIAL BY JURY DEMANDED |
| Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |

### DISCLOSURE OF DELAWARE PARK, L.L.C. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, defendant Delaware Park, L.L.C., by and through its undersigned attorneys, hereby certifies as follows:

Defendant Delaware Park, L.L.C. is a limited liability company that has no parent company. No publicly traded company owns any stock or holds any interest in Delaware Park, L.L.C.

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (No. 3142)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6076 (Telephone)
(302) 658-1192 (Facsimile)
wvoss@potteranderson.com (Email)

*Attorneys for Defendant*

Dated: July 27, 2005
PA&C-692262v1

## CERTIFICATE OF SERVICE

I hereby certify this 27th day of July, 2005, that the foregoing **DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies mailed via **FIRST CLASS MAIL, POSTAGE PREPAID** on the following:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899

Wendy K. Voss (No. 3142)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6076 (Telephone)
(302) 658-1192 (Facsimile)
wvoss@potteranderson.com (Email)