UNITED STATES DISTRICT COURT
FOR THE District of Delaware
U. S. District Court – District of Delaware

Khristine M. Floray

                Plaintiff,

v.                                   Case No.: 1:05−cv−00523−GMS
                                        Honorable Gregory M. Sleet

Delaware Park LLC

                Defendant.

TYPE OF CASE:       Civil

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE of 16.2.b Scheduling Conference: RESCHEDULING Conference to 11/15/2005 at 10:00 AM in Chambers before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court – District of Delaware
844 N. King Street
Lockbox 18

Wilmington, DE
19801

October 19, 2005

                                                        s/ Peter T. Dalleo, Clerk
                                         s/ McDavid, Marie mmm, Deputy Clerk