

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Wendy K. Voss
Partner
Attorney at Law
wvoss@potteranderson.com
302 984-6076 Direct Phone
302 658-1192 Fax

November 4, 2005

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    <u>**Floray v. Delaware Park, C.A. No. 05-523-GMS**</u>

Dear Judge Sleet:

      Pursuant to the Court's Notice of Scheduling Conference and related instructions, enclosed please find the parties' joint status report and proposed scheduling order.

                      Respectfully submitted,

                      Wendy K. Voss
                      Del. Bar. I.D. 3142

WKV/drt
Enclosures

cc:    Clerk of the Court (via Electronic Filing and Hand Delivery)
        Gary Aber, Esquire (via Electronic Filing)

PA&C-706218v1