IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELAWARE PARK, LLC a Delaware ) <br> Limited Liability Company, ) <br> ) <br> Defendant, ) | C.A. No.: 05-523-GMS <br><br> Trial By Jury Demanded |

## JOINT STATUS REPORT

The parties in the above-captioned matter jointly file the following Status Report:

1. **Jurisdiction and Service.** Jurisdiction is based upon the provisions of 42 U.S.C. §2000(e). Jurisdiction and service are not disputed.

2. **Substance of the Action.** This is an action for discrimination and/or retaliation arising out of the plaintiff's employment and termination from employment.

3. **Identification of Issues.** Whether defendant's actions up to and including plaintiff's discharge from employment were the result of discrimination and/or retaliation against plaintiff because she filed complaints of discrimination, or whether defendant's actions were based upon reasonable business purposes.

4. **Narrowing of Issues.** It is anticipated that the defendant will file a motion for summary judgment.

5. **Relief:** The plaintiff seeks monetary relief for lost wages, pain and suffering, and reinstatement.

6. **Amendment of Pleadings.** Plaintiff will amend the complaint to specifically ask for reinstatement.

7. **Joinder of Parties.** None are expected.

8. **Discovery**. It is expected that the parties will conduct minimal and customary written discovery followed by depositions of each party and relevant witnesses. Discovery is not expected to be overly expansive.

9. **Estimate Trial Length**. 3 days.

10. Jury Trial has been requested.

11. **Settlement**: The parties have had preliminary settlement discussion, and the defendant has stated it is willing to entertain a reasonable demand.

12. Such other mattes as counsel considers conducive to the just, speedy and inexpensive determination of this action. None.

13. Plaintiff and defendant have conferred by telephone and have jointly drafted the within Status Report.

| POTTER ANDERSON & CORROON LLP | ABER, GOLDLUST, BAKER & OVER |
|---|---|
| /s/ Wendy K. Voss | s/ Gary W. Aber |
| WENDY K. VOSS (DSB #3142) | GARY W. ABER (DSB #754) |
| 1313 N. Market Street | 702 King Street, Suite 600 |
| P.O. Box 951 | P.O. Box 1675 |
| Wilmington, DE 19899-0951 | Wilmington, DE 19899 |
| (302) 984-6076 | 302-472-4900 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

Dated: November 4, 2005

## CERTIFICATE OF SERVICE

I, Wendy K. Voss, hereby certify this 4th day of Novembert, 2005, that the foregoing **JOINT STATUS REPORT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

> Gary Aber, Esquire
> ABER, GOLDLUST, BAKER & OVER
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, Delaware 19899

> Wendy K. Voss (No. 3142)
> Hercules Plaza – Sixth Floor
> 1313 North Market Street
> Wilmington, DE 19801
> (302) 984-6076 (Telephone)
> (302) 658-1192 (Facsimile)
> wvoss@potteranderson.com (Email)