IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY,<br><br>        Plaintiff,<br><br>        v.<br><br>DELAWARE PARK, LLC, a Delaware<br>Limited Liability Company,<br><br>        Defendant, | )<br>)<br>)<br>)   C.A. No.: 05-523-GMS<br>)<br>)   Trial By Jury Demanded<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Delaware Park, L.L.C. hereby certifies that true and correct copies of the Rule 26(a) Initial Disclosures of Defendant were caused to be served on November 29, 2005 on the attorneys of record at the following addresses as indicated:

**Via First Class Mail**
Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (Bar I.D. No. 3142)
Suzanne M. Hill (Bar I.D. No. 4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
wvoss@potteranderson.com
shill@potteranderson.com

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated: November 29, 2005
PA&C-707989v1