IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELAWARE PARK, LLC a Delaware )<br>Limited Liability Company, )<br>)<br>Defendant, ) | C.A. No.: 05-523 (GMS)<br><br>Trial By Jury Demanded |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Interrogatories Directed to Defendant and Plaintiff's Request for Production of Documents Directed to Defendants was hand delivered to the following counsel on December 8, 2005:

>Wendy K. Voss, Esquire
>Potter, Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899

>>ABER, GOLDLUST, BAKER & OVER

>>_/s/ Gary W. Aber_
>>GARY W. ABER (DSB #754)
>>702 King Street, Suite 600
>>P.O. Box 1675
>>Wilmington, DE 19899
>>302-472-4900
>>Attorney for Plaintiff

DATED: December 8, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered and sent via electronic mail on December 8, 2005 to the following counsel:

> Wendy K. Voss, Esquire
> Potter, Anderson & Corroon, LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber