IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY,<br><br>  Plaintiff,<br><br>v.<br><br>DELAWARE PARK, LLC a Delaware<br>Limited Liability Company,<br><br>  Defendant, | )<br>)<br>)<br>)<br>)  C.A. No.: 05-523 (GMS)<br>)<br>)  Trial By Jury Demanded<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Rule 26(a) Disclosures were hand delivered to the following counsel on December 8, 2005:

> Wendy K. Voss, Esquire
> Potter, Anderson & Corroon, LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899

>> ABER, GOLDLUST, BAKER & OVER

>> _/s/ Gary W. Aber_
>> GARY W. ABER (DSB #754)
>> 702 King Street, Suite 600
>> P.O. Box 1675
>> Wilmington, DE 19899
>> 302-472-4900
>> Attorney for Plaintiff

DATED: December 8, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered and sent via electronic mail on December 8, 2005 to the following counsel:

>Wendy K. Voss, Esquire
>Potter, Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE  19899

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber