## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KHRISTINE M. FLORAY,       )
                               )
       Plaintiff,        )
                               )    C.A. No.: 05-523-GMS
       v.         )
                               )    Trial By Jury Demanded
DELAWARE PARK, LLC, a Delaware   )
Limited Liability Company,     )
                               )
       Defendant,     )

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Delaware Park, L.L.C. hereby certifies that two true and correct copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** were caused to be served on this 5th day of January, 2006 on Plaintiff's attorneys of record at the following addresses as indicated:

> **Via First Class Mail**
> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By: _____

Wendy K. Voss (Bar I.D. No. 3142)
Suzanne M. Hill (Bar I.D. No. 4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
wvoss@potteranderson.com
shill@potteranderson.com

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated: January 5, 2006
PA&C-711927v1