
**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Wendy K. Voss
Partner
Attorney at Law
wvoss@potteranderson.com
302 984-6076 Direct Phone
302 658-1192 Fax

January 5, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    <u>Floray v. Delaware Park, LLC, C.A. No. 05-523-GMS</u>

Dear Judge Sleet:

    I am writing on behalf of the parties to submit our proposed Stipulated Confidentiality Order, which is enclosed for Your Honor's reference. If Your Honor has any questions, counsel are available.

                        Respectfully submitted,

                        Wendy K. Voss

WKV/drt/PA&C 713776
Enclosure

cc:    Clerk of the Court (via Electronic Filing and Hand Delivery)
       Gary Aber, Esquire (via Electronic Filing)