IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 05-523-GMS |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELAWARE PARK, LLC, a Delaware ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendant, ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Defendant Delaware Park, L.L.C. hereby certifies that true and correct copies of **DEFENDANT DELAWARE PARK, L.L.C.'s RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were served this 23rd day of January, 2006 on the following attorney of record at the address indicated:

<u>Via First Class Mail</u>
Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (Bar I.D. No. 3142)
Suzanne M. Hill (Bar I.D. No. 4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
wvoss@potteranderson.com
shill@potteranderson.com

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated: January 23, 2006