## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KHRISTINE M. FLORAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 05-523-GMS |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| DELAWARE PARK, LLC, a Delaware | ) | |
| Limited Liability Company, | ) | |
| | ) | |
| Defendant, | ) | |

### NOTICE OF DEPOSITION

TO:     Gary W. Aber, Esquire
        Aber, Goldlust, Baker & Over
        702 King Street, Suite 600
        P.O. Box 1675
        Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules

of Civil Procedure, that Defendant Delaware Park, LLC ("Delaware Park"), by and

through its attorneys, Potter Anderson & Corroon LLP, will take the deposition of

Khristine M. Floray on April 19, 2006. The deposition will commence at 10:00 a.m., at

the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North

Market Street, Wilmington, Delaware 19801. The deposition will be taken before a Notary

Public or some other officer duly authorized to record and transcribe the deposition.

Examination will continue from day to day until completed. You are

invited to attend and examine.

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (#3142)
Suzanne M. Hill (#4414)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000

*Attorneys for Defendant Delaware Park,*
*L.L.C.*

Dated:  April 10, 2006
PA&C-727459v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


CERTIFICATE OF SERVICE

I, Suzanne M. Hill, hereby certify that on April 10, 2006, the attached

document was hand delivered and electronically filed with the Clerk of the Court using

CM/ECF which will send notification of such filing(s) to the following and the document

is available for viewing and downloading from CM/ECF:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE  19899


By: _____
Wendy K. Voss (#3142)
Suzanne M. Hill (#4414)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
wvoss@potteranderson.com
shill@potteranderson.com

*Attorneys for Defendant Delaware Park,
L.L.C.*