LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(An association of Law Practices)
702 KING STREET, SUITE 600
PO BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*                                                                                  (302) 472-4900
DARRELL J. BAKER, P.A.                                       TELECOPIER            (302) 472-4920
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAGAR B. SHAH


*ALSO ADMITTED IN NEW YORK

November 22, 2005

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE  19801

             RE:    Floray v. Delaware Park
                    C.A. No.:  05-523 (GMS)

Dear Judge Sleet:

      I write to the Court reluctantly with a request for some guidance on some scheduling difficulties in the above-captioned matter.  Because of an onset of a significant medical condition, which culminated in January of this past year, I have been unable for the last three months to work at my usual capacity.  In addition, I am now required on a regular basis to undergo medical treatment several afternoons a week.

      The discovery cut off in this matter is scheduled for May 31, 2006 with a dispositive motion deadline following soon thereafter.  Defendant's counsel, Wendy Voss, Esquire, and I have discussed at length attempts to try to accommodate my situation by reworking the scheduling order to leave the trial date in place.  However, every time we attempt to do it, given Your Honor's need to consider the expected summary judgment motion to be filed by the defendant, we are not sure if we are leaving enough time for that situation.

      Accordingly, I would request an opportunity to have a telephone conference with Your Honor to discuss these matters at some greater length.

      Thank you for your Honor's consideration.

                                                                                     Respectfully,

                                                                                     /s/ Gary W. Aber

                                                                                     Gary W. Aber

GWA/mac
cc:    Wendy K. Voss, Esquire