IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 05-523-GMS |
| v. ) | |
| ) | TRIAL BY JURY DEMANDED |
| DELAWARE PARK, LLC, a Delaware ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF DEPOSITION

TO:    Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, that Defendant Delaware Park, LLC ("Delaware Park"), by and through its attorneys, Potter Anderson & Corroon LLP, will take the deposition of Khristine M. Floray on May 16, 2006. The deposition will commence at 9:30 a.m., at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware 19801. The deposition will be taken before a Notary Public or some other officer duly authorized to record and transcribe the deposition.

Examination will continue from day to day until completed. You are invited to attend and examine.

POTTER ANDERSON & CORROON LLP

By: /s/ Wendy K. Voss
Wendy K. Voss (#3142)
Suzanne M. Hill (#4414)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated: April 19, 2006
PA&C-728630v1

## CERTIFICATE OF SERVICE

I hereby certify this 19th day of April, 2006, that the foregoing **NOTICE OF DEPOSITION** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    P.O. Box 1675
    Wilmington, DE 19899

    _____
    Wendy K. Voss (#3142)
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, Sixth Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6076 - Telephone
    (302) 658-1192 - Facsimile
    wvoss@potteranderson.com

    *Attorneys for Defendant Delaware Park, L.L.C.*