IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.:  05-523 (GMS) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELAWARE PARK, LLC a Delaware ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendant, ) | |

**NOTICE OF 30 (b)(6) DEPOSITION**

TO:  Wendy K. Voss, Esquire
 Potter, Anderson &  Corroon, LLP
 1313 N. Market Street
 P.O. Box 951
 Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6), <u>Federal Rules of Civil</u> Procedure, the defendants, are to designate the appropriate personnel to testify as to the subjects shown on Exhibits "A" attached hereto for a deposition to be taken on August 14, 2006 beginning at  10:00 a.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

 ABER, GOLDLUST, BAKER & OVER


      /s/ Gary W. Aber
 GARY W. ABER (DSB #754)
 702 King Street, Suite 600
 P.O. Box 1675
 Wilmington, DE  19899
 302-472-4900
 Attorney for Plaintiff

DATED:  July 25, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on July 25, 2006 to the following counsel:

> Wendy K. Voss, Esquire
> Potter, Anderson & Corroon, LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE  19899

       /s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire

## **EXHIBIT A**

1. Delaware Park's Sexual Harassment Policy

2. Delaware Park's Progressive Discipline Policy

3. The nature of, the design of, and the conduct of the Management Survey, used to justify the termination of the plaintiff.