IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 05-523 (GMS) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELAWARE PARK, LLC a Delaware ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendant, ) | |

**NOTICE OF 30 (b)(6) DEPOSITION**

TO:  Wendy K. Voss, Esquire
　　　Potter, Anderson & Corroon, LLP
　　　1313 N. Market Street
　　　P.O. Box 951
　　　Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6), Federal Rules of Civil Procedure, the defendants, are to designate the appropriate personnel to testify as to the subjects shown on Exhibits "A" attached hereto for a deposition to be taken on August 16, 2006 beginning at 12:00 p.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

　　　　　　　　　　　　　　　　　　　ABER, GOLDLUST, BAKER & OVER


　　　　　　　　　　　　　　　　　　　　　/s/ Gary W. Aber
　　　　　　　　　　　　　　　　　　　GARY W. ABER (DSB #754)
　　　　　　　　　　　　　　　　　　　702 King Street, Suite 600
　　　　　　　　　　　　　　　　　　　P.O. Box 1675
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　　302-472-4900
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED:  July 25, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on July 25, 2006 to the following counsel:

>Wendy K. Voss, Esquire
>Potter, Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE  19899

>                /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire

## **EXHIBIT A**

1. Supervisor Training Before Management Survey

2. Training Resulting from the Management/Supervisor Survey used to justify the termination of the plaintiff.