IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 05-523 (GMS) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELAWARE PARK, LLC a Delaware ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF DEPOSITION

TO:  Wendy K. Voss, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Mickey Nardo on Friday, August 4, 2006 at 9:30 a.m. in the offices of Aber, Goldlust Baker & Over 702 King Street, Suite 600, Wilmington, DE  19801.

ABER, GOLDLUST, BAKER & OVER

_/s/ Gary W. Aber_
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  July 25, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on July 25, 2006 to the following counsel:

>Wendy K. Voss, Esquire
>Potter, Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899

>          /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire