IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 05-523 (GMS) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELAWARE PARK, LLC a Delaware ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendant, ) | |

### NOTICE OF DEPOSITION

TO:  Wendy K. Voss, Esquire
   Potter, Anderson & Corroon, LLP
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Terry Smith on Friday, August 4, 2006 at 12:00 p.m. in the offices of Aber, Goldlust Baker & Over 702 King Street, Suite 600, Wilmington, DE  19801.

                                                                       ABER, GOLDLUST, BAKER & OVER

                                                                     /s/ Gary W. Aber
                                                      GARY W. ABER (DSB #754)
                                                      702 King Street, Suite 600
                                                      P.O. Box 1675
                                                      Wilmington, DE  19899
                                                      302-472-4900
                                                      Attorney for Plaintiff

DATED:  July 25, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on July 25, 2006 to the following counsel:

>Wendy K. Voss, Esquire
>Potter, Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899

>    /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire