IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.:  05-523 (GMS) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELAWARE PARK, LLC a Delaware ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendant, ) | |

**NOTICE OF 30 (b)(6) DEPOSITION TECUM***

TO:   Wendy K. Voss, Esquire
      Potter, Anderson & Corroon, LLP
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6), Federal Rules of Civil Procedure, Dover Downs Gaming Management Corporation, and/or Dover Downs Gaming & Entertainment, is to designate the appropriate personnel to testify as to an employment application of Khristine M. Floray, for a deposition to be taken on August 16, 2006 beginning at 3:00 p.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

*The deponent is to produce any and all records pertaining to, mentioning, or referring to an employment application of Khristine M. Floray, the handling of such application, and any and all decisions concerning the application for employment, and the resolution of the application of employment.

                                          ABER, GOLDLUST, BAKER & OVER

                                              /s/ Gary W. Aber
                                          GARY W. ABER (DSB #754)
                                          702 King Street, Suite 600
                                          P.O. Box 1675
                                          Wilmington, DE  19899
                                          302-472-4900
                                          Attorney for Plaintiff

DATED:  July 25, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on July 25, 2006 to the following counsel:

>Wendy K. Voss, Esquire
>Potter, Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE  19899

>>/s/ Melissa A. Chionchio
>>Melissa A. Chionchio
>>Secretary to Gary W. Aber, Esquire