**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KHRISTINE M. FLORAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELAWARE PARK, LLC, a Delaware )<br>Limited Liability Company, )<br>)<br>Defendant, ) | C.A. No.: 05-523-GMS<br><br>TRIAL BY JURY DEMANDED |

**STIPLUATION AND ORDER**

The parties hereby stipulate and agree to an extension of the time permitted in the captioned matter for discovery, for the sole purpose of conducting certain Rule 30(b)(6) depositions noticed by the Plaintiff. Subject to the Court's approval, the time within which Plaintiff, Khristine Floray, may conduct such depositions shall be extended until September 6, 2006.

The parties seek such extension to permit them to engage in settlement discussions and to participate in the Court-ordered mediation scheduled to take place on August 18, 2006, and because their respective schedules would preclude conducting such depositions in the remainder of August.

ABER, GOLDLUST, BAKER & OVER              POTTER ANDERSON & CORROON LLP


/s/ Gary W. Aber                                           /s/ Wendy K. Voss
Gary W. Aber, Esquire (#754)                    Wendy K. Voss (#3142)
702 King Street, Suite 600                          Suzanne M. Hill (#4414)
Wilmington, Delaware 19899                     Hercules Plaza – 6th Floor
(302) 658-1800                                             1313 N. Market Street
*Attorneys for Plaintiff*                               P.O. Box 951
                                                                     Wilmington, Delaware 19899
                                                                     (302) 984-6000
                                                                     *Attorneys for Defendant*

Dated: August 14, 2006

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
Gregory M. Sleet
United States District Judge