IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KHRISTINE M. FLORAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.:  05-523 (GMS) |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| DELAWARE PARK, LLC a Delaware | ) | |
| Limited Liability Company, | ) | |
| | ) | |
| Defendant, | ) | |

### RE-NOTICE OF 30 (b)(6) DEPOSITION DUCES TECUM

TO:   Wendy K. Voss, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6), Federal Rules of Civil Procedure, the defendants, are to designate the appropriate personnel to testify as to the discipline history of the following individuals: Dru Boyer, Robert Berghane, James Biddle, Joel McCann, Eric Welch, William Carr and Richard Myers for a deposition to be taken on August 19, 2006 beginning at 10:00 a.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  August 15, 2006

*The deponent shall provide the personnel files of and documents relating to the named individuals disciplinary history

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on August 15, 2006 to the following counsel:

>Wendy K. Voss, Esquire
>Potter, Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899

>        /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire