IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KHRISTINE M. FLORAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 05-523 (GMS) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELAWARE PARK, LLC a Delaware ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendant, ) | |

**RE-NOTICE OF 30 (b)(6) DEPOSITION DUCES TECUM\***

TO:  Wendy K. Voss, Esquire
     Potter, Anderson & Corroon, LLP
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6), Federal Rules of Civil Procedure, the defendants, are to designate the appropriate personnel to testify as to the subjects shown on Exhibits "A" attached hereto for a deposition to be taken on September 6, 2006 beginning at 12:00 p.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  August 15, 2006

\*The witness shall provide all documents relating to, or describing the subject matter set forth in Exhibit "A".

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on August 15, 2006 to the following counsel:

>Wendy K. Voss, Esquire
>Potter, Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE  19899

>            /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire

## **EXHIBIT A**

1. Supervisor Training Before Management Survey

2. Training Resulting from the Management/Supervisor Survey which was used, to justify the termination of the plaintiff.