IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |  | |
|---|---|---|---|
| KHRISTINE M. FLORAY, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | C.A. No.: 05-523(GMS) | |
| v. | ) | | |
| | ) | Trial By Jury Demanded | |
| DELAWARE PARK, LLC a Delaware | ) | | |
| Limited Liability Company, | ) | | |
| | ) | | |
| Defendant, | ) | | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties in the above-captioned matter, that this matter is to be dismissed with prejudice.

POTTER, ANDERSON & CORROON, LLP        ABER, GOLDLUST, BAKER & OVER


   /s/ Wendy K. Voss                                     /s/ Gary W. Aber
WENDY K. VOSS (DSB #3142)               GARY W. ABER (DSB #754)
1313 N. Market Street                            702 King Street, Suite 600
P.O. Box 951                                           P.O. Box 1675
Wilmington, DE 19899-0951                 Wilmington, DE 19899
(302) 984-6076                                       302-472-4900
Attorney for Defendant                          Attorney for Plaintiff


IT IS SO ORDERED, this _____ day of _____, 2006.


                                                                _____